IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANDI BAILEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:07-CV-316 |
| v. | § | |
| | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendant. | § | |

**O R D E R**

Before the Court is Bailey's Motion to Dismiss (Dkt. No. 89).  The Court has conferred with counsel for both sides and finds no objection to the Motion.  Therefore, Bailey's Motion to Dismiss is hereby **GRANTED**.  Accordingly, all of Bailey's claims against Wal-Mart are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 24th day of March, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE